UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE CITY OF PHILADELPHIA BOARD
OF PENSIONS AND RETIREMENT,
derivatively, on behalf of WELLCARE
HEALTH PLANS, INC.,

        Plaintiff,

v.                                      CASE NO:  8:08-cv-182-T-26MAP

TODD S. FARHA, PAUL L. BEHRENS,
REGINA E. HERZLINGER, KEVIN F.
HICKEY, ALIF A. HOURANI, RUBEN
JOSE KING-SHAW, JR., CHRISTIAN
P. MICHALIK, NEAL MOSZKOWSKI,
and THADDEUS BEREDAY,

        Defendants,

and

WELLCARE HEALTH PLANS, INC.,

        Nominal Defendant.
_____/

**O R D E R**

        This cause comes before the Court on Plaintiff's Motion to Further Consolidate Shareholder Derivative Actions, Appoint Lead Plaintiff, and Appoint Co-Lead Counsel, and Liaison Counsel, (Dkt. 5), memorandum of law in support (Dkt. 6) and supporting declaration (Dkt. 7).  Kathy Rooney Guerra, Plaintiff in the related consolidated

shareholder derivative action, Case No. 8:07-cv-1952-T-26MAP, filed a response thereto (Dkt. 23).

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED**:

1. Plaintiffs' Motion to Further Consolidate Shareholder Derivative Actions, Appoint Lead Plaintiff, and Appoint Co-Lead Counsel, and Liaison Counsel and memorandum of law in support (Dkt. 5) is granted in part and denied in part.

    a. The Motion (Dkt. 5) is granted to the limited extent that this case is hereby consolidated with Case No. 8:07-cv-1952 for all purposes. The parties' submissions reveal that Plaintiff City of Philadelphia Board of Pensions and Retirement's ("Philadelphia") derivative complaint, filed on January 25, 2008, arises out of identical factual circumstances, alleges similar legal issues, and contains substantially similar claims as those alleged in the three original derivative actions consolidated into Case No. 07-cv-1952 on December 7, 2007.

    b. The Motion (Dkt. 5) is denied in all other respects. The Court has already consolidated the earlier-filed actions and appointed more than adequate lead and liaison counsel. Counsel have significantly advanced the litigation in the months since the Court's consolidation Order. The Court finds no reason to disturb the leadership structure already in place.

2. All future pleadings and orders shall bear the style of the instant case, as well as the styles of the other three consolidated cases, Case Nos. 8:07-cv-1952, 8:07-cv-1963, and 8:07-cv-2102, and shall be filed in the lowest case, Case No. 07-cv-1952.

3.  In light of the allegations and claims set out in the 82-page Complaint filed in the instant case, Plaintiffs in the consolidated action, Case No. 07-cv-1952, shall have 45 days from the date of this Order to file a second consolidated amended complaint, if necessary, and to effect service on Defendants.

4.  The Clerk shall file a copy of this Order in Case No. 07-cv-1952 and administratively close Case No. 08-cv-182.

**DONE AND ORDERED** at Tampa, Florida, on February 21, 2008.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record